UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br>*ex rel.* HODGES, | ) | |
| | ) | Civil Action No. 15-cv-01320-RWR |
| Plaintiffs and Relator, | ) | |
| | ) | FILED UNDER SEAL |
| vs. | ) | PURSUANT TO |
| | ) | 31 U.S.C. § 3730(b)(2) |
| CVS CAREMARK CORP., et al, | ) | |
| | ) | |
| Defendants. | ) | |

## RELATOR'S MOTION TO VOLUNTARILY DISMISS THIS ACTION AND TO CONTINUE THE SEAL

Comes now the Relator Keith Hodges, by and through the undersigned counsel, and moves this honorable court to dismiss the above captioned matter without prejudice to either the Relator or the United States.  In addition, Relator asks this court to keep this matter under seal until December 31, 2015.  The United States, through United States Department of Justice, has authorized Relator to represent that the United States consents to this dismissal without prejudice and the continuation of the seal, and will file its written consent pursuant to 31 U.S.C §3730(b)(1).

Respectfully submitted,

**SANFORD HEISLER KIMPEL, LLP**

By:

H. Vincent McKnight, Jr.
D.C. Bar No. 293811
Altomease R. Kennedy
D.C. Bar No. 229237
Marissa Abraham
D.C. Bar No. 1022343
1666 Connecticut Ave, N.W.
Suite 300
Washington, D.C. 20009
(202) 499-5211
**Counsel for Plaintiff/Relator**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA,                )
*ex rel.* HODGES,                            )
                                             )   Civil Action No. 15-cv-01320-RWR
Plaintiffs and Relator,                      )
                                             )   FILED UNDER SEAL
           vs.                               )   PURSUANT TO
                                             )   31 U.S.C. § 3730(b)(2)
CVS CAREMARK CORP., et al,                   )
                                             )
                    Defendants.              )
———————————————————————————x

## MEMORANDUM IN SUPPORT OF RELATOR'S MOTION
## TO VOLUNTARILY DISMISS

1.      Relator filed this matter under seal pursuant to the Federal False Claims Act, 31 U.S.C. §

3729 -3733, but it was not served upon the Attorney General of the United States Loretta Lynch

and then Acting United States Attorney General for the District of Columbia Vincent H. Cohen

Jr. until September 2, 2015.

2.      Pursuant to Fed. R. Civ. Pro 41, Relator desires to dismiss this action without prejudice

and asks this Court to enter an order dismissing this action.

3.      Relator seeks dismissal of this action to avoid the possible preclusive effects of the so-

called "first-to-file" bar. 31 U.S.C. § 3730(b)(5).  An earlier action filed by Relator, *U.S. ex. Rel.*

*Hodges v. CVS, et. al.*, Case No. 09-cv-00583, was closed by the clerk in April 2011 after

Relator filed his Notice of Voluntary Dismissal, but no final order of dismissal was entered in the

matter until October 26, 2015.  Therefore, one could argue that the 2009 case was still "pending"

when the instant matter was filed.  After discussing this issue with the Department of Justice,

Relator has agreed to dismiss the instant action without prejudice and refile the case after the

order of dismissal has been signed.  This is consistent with the approach endorsed by the Court in *United States ex rel. Shea v. Verizon Communs., Inc.*, 2012 U.S. App. LEXIS 15934, 2012 WL 3062466 (D.C. Cir. July 13, 2012).

4.      Under the circumstances Relator urges the Court to keep this matter under seal until December 31, 2015.

5.      Because this matter arises under the Federal False Claims Act, the matter cannot be dismissed without the written consent of the United States. *See* 31 U.S.C §3730(b)(1).

6.      Relator has discussed this matter with the Assistant United States Attorney.  The United States has given its consent to the dismissal without prejudice and the continuation of the seal. The United States will be filing its formal written consent shortly.

Respectfully submitted,

**SANFORD HEISLER KIMPEL, LLP**

By:                      H. Vincent McKnight, Jr.
D.C. Bar No. 293811
Altomease R. Kennedy
D.C. Bar No. 229237
Marissa Abraham
D.C. Bar No. 1022343
1666 Connecticut Ave, N.W.
Suite 300
Washington, D.C. 20009
(202) 499-5211
**Counsel for Plaintiff/Relator**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing will be delivered via Federal Express this 6th day of November, 2015 to Ted Radway, Esquire, Assistant United States Attorney, 555 Fourth St., NW– Room E4913, Washington, DC 20530.

H. Vincent McKnight

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| *ex rel.* HODGES, | ) | |
|  | ) | Civil Action No. 15-cv-01320-RWR |
| Plaintiffs and Relator, | ) | |
|  | ) | FILED UNDER SEAL |
| vs. | ) | PURSUANT TO |
|  | ) | 31 U.S.C. § 3730(b)(2) |
| CVS CAREMARK CORP., et al, | ) | |
|  | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Having considered Relators' motion papers and for good cause shown:

**IT IS ORDERED** that Relator's Motion to Voluntarily Dismiss this Action and to Continue the Seal is GRANTED; and

**IT IS FURTHER ORDERED** that this matter is hereby dismissed without prejudice but shall remain under seal until December 31, 2015 or until further order from this court.

**IT IS SO ORDERED.**

_____
Honorable Richard W. Roberts

Cc: Relator's Counsel

H. Vincent McKnight, Jr.
D.C. Bar No. 293811
Altomease R. Kennedy
D.C. Bar No. 229237
Marissa Abraham
D.C. Bar No. 1022343
1666 Connecticut Ave, N.W.
Suite 300
Washington, D.C. 20009
(202) 499-5211
**Counsel for Plaintiff/Relator**

Ted Radway
U.S. Attorney's Office, District of Columbia
555 4th Street, NW – Room E4913
Washington, DC 20530
**Assistant United States Attorney**

Date: November 6, 2015