UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* M. KEITH HODGES, )<br>)<br>           Plaintiffs, )<br>)<br>           v. )<br>)<br>CVS CAREMARK CORPORATION, et al., )<br>)<br>           Defendants. )<br>_____) | Case No. 15-cv-01320-RDM<br><br>**FILED UNDER SEAL** |

**UNITED STATES OF AMERICA'S NOTICE OF
CONSENT TO VOLUNTARY DISMISSAL**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America hereby consents to the voluntary dismissal of this action, provided that Relator's proposed Order is modified to clarify that the action is being dismissed without prejudice to the United States.[1] Additionally, for the reasons set forth in Relator's Memorandum in Support of his Motion to Voluntarily Dismiss the Action and Continue the Seal, the United States concurs with the request to maintain the seal on this action until December 31, 2015, *or* until Relator re-files the action, whichever comes first.

Dated: November 16, 2015

                                              Respectfully submitted,

                                              CHANNING D. PHILLIPS
                                              United States Attorney

                                              DANIEL F. VAN HORN (D.C. Bar #924092)
                                              Chief, Civil Division

                                              */s/ Theodore␣Radway*
                                              THEODORE L. RADWAY (D.C. Bar #473034)
                                              Assistant United States Attorney
                                              555 4th Street, NW – Room E4913

---

[1] The Government takes no position on whether the action should be dismissed without prejudice to the Relator.

Washington, D.C. 20530
Tel:   202.252.7874
Ted.Radway@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2015, I caused the foregoing document to be sent via first-class mail, postage prepaid, to the following counsel for Relator:

Vince McKnight, Esq.
SANFORD HEISLER KIMPEL, LLP
1666 Connecticut Ave., NW – Suite 300
Washington, D.C.   20009

_____
Theodore L. Radway